HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JAMES MALCOLM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:14-CR-00158-TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE:   October 16, 2014 |
| JAMES MALCOLM, | ) | TIME:    9:30 a.m. |
| | ) | JUDGE:  Hon. Troy L. Nunley |
| Defendant. | ) | |

It is hereby stipulated and agreed to between the United States of America through JUSTIN LEE, Assistant U.S. Attorney and defendant JAMES MALCOLM by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for September 18, 2014 be continued to October 16, 2014 at 9:30 a.m.

The parties have engaged in extensive plea negotiations and continue to work toward resolution. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant and to continue investigating the facts of the case.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

/ / /

-1-

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 16, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 12, 2014                    Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Benjamin Galloway*
                                             BENJAMIN GALLOWAY
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             JAMES MALCOLM

DATED: September 12, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             */s/ Benjamin Galloway for*
                                             JUSTIN LEE
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including October 16, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the September 18, 2014 status conference shall be continued until October 16, 2014, at 9:30 a.m., and for a status conference.

Dated: September 15, 2014

                                             _____
                                             Troy L. Nunley
                                             United States District Judge