HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JAMES MALCOLM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-00158-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| JAMES MALCOLM, | ) Date: December 11, 2014 ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley. |

It is hereby stipulated by and between the parties hereto through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for Plaintiff, and BENJAMIN GALLOWAY, attorney for JAMES MALCOLM, that the status conference hearing date of October 16, 2014 be vacated, and the matter be set for status conference on December 11, 2014 at 9:30 a.m.

The reasons for this continuance are to allow defense counsel additional time to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 11, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

///

Dated: October 14, 2014                          Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Defender

                                               */s/ Benjamin Galloway*
                                               BENJAMIN GALLOWAY
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               JAMES MALCOLM

Dated: October 14, 2014                          BENJAMIN B. WAGNER
                                               United States Attorney

                                               */s/ Benjamin Galloway for*
                                               JUSTIN LEE
                                               Assistant United States Attorney
                                               Attorney for Plaintiff

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 16, 2014, status conference hearing be continued to December 11, 2014, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the December 11, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 14, 2014

                                               Troy L. Nunley
                                               United States District Judge