HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JAMES MALCOLM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-00158-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| vs. | ) STATUS CONFERENCE AND EXCLUDING ) TIME |
| JAMES MALCOLM, | ) Date: March 12, 2015 ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley. |

It is hereby stipulated by and between the parties hereto through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for Plaintiff, and BENJAMIN GALLOWAY, attorney for JAMES MALCOLM, that the status conference hearing date of February 5, 2015 be vacated, and the matter be set for status conference on March 12, 2015 at 9:30 a.m.

The reasons for this continuance are to allow defense counsel additional time to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 12, 2015 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

///

Dated: February 3, 2015					Respectfully submitted,

							HEATHER E. WILLIAMS
							Federal Defender

							*/s/ Benjamin Galloway*
							BENJAMIN GALLOWAY
							Assistant Federal Defender
							Attorney for Defendant
							JAMES MALCOLM

Dated: February 3, 2015					BENJAMIN B. WAGNER
							United States Attorney

							*/s/ Benjamin Galloway for*
							JUSTIN LEE
							Assistant United States Attorney
							Attorney for Plaintiff

# **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 5, 2015, status conference hearing be continued to March 12, 2015, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 12, 2015 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 3, 2015

							Troy L. Nunley
							United States District Judge