HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
ben_galloway@fd.org

Attorney for Defendant
JAMES MALCOLM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case № 2:14-cr-00158 TLN |
| Plaintiff, | STIPULATION AND ORDER UNSEALING FACTUAL BASIS TO PLEA AGREEMENT |
| v. | |
| JAMES MALCOLM, | |
| Defendant. | JUDGE:    Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for James Malcolm, that the factual basis in support of the defendant's guilty plea, attached to the plea agreement as Exhibit A, pages A-1 through A-3, be unsealed.

| | |
|---|---|
| DATED: March 8, 2016 | Respectfully submitted, |
| | HEATHER E. WILLIAMS |
| | Federal Defender |
| | */s/ Benjamin D. Galloway* |
| | Benjamin D. Galloway |
| | Attorney for James Malcolm |
| DATED: March 8, 2016 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | */s/ Justin Lee* |
| | Justin Lee, Assistant U.S. Attorney |
| | Attorney for Plaintiff |

Stipulation and Order          -1-

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order. The Court orders the factual basis in support of the defendant's guilty plea, attached to the plea agreement as Exhibit A, pages A-1 through A-3, unsealed. The remainder of the Plea Agreement remains under seal.

Dated: March 8, 2016

_____
Troy L. Nunley
United States District Judge