1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         CASE NO.  2:14-CR-00158-TLN

12                    Plaintiff,      REDACTED PLEA AGREEMENT

13           v.                       DATE: October 29, 2015
                                      TIME:  9:30 a.m.
14                                    COURT: Hon. Troy L. Nunley

15                    Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

                            1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**EXHIBIT A**

2

**Factual Basis for Plea**

3       If this matter proceeded to trial, the United States would establish the following

4   facts beyond a reasonable doubt:

5   <u>**Count 1: Possession of Biological Agent, Toxin, and Delivery System**</u>

6       In 2013 and 2014, the defendant, JAMES CHRISTOPHER MALCOLM, utilized the

7   online moniker "Dark_Mart."  Using the Dark_Mart moniker, MALCOLM opened a

8   seller's account on Black Market Reloaded ("BMR").  BMR is an online marketplace

9   accessed via TOR network.  MALCOLM's Dark_Mart page on BMR provided a menu of

10  items for sale, including Glock auto-sears, explosives, ricin, and abrin.

11      Abrin is a natural poison found in the seed of the rosary pea, a tropical plant.

12  Similar to ricin, abrin is a protein inhibitor that prevents cells from making the proteins

13  they need to survive.  A dose as small as several micrograms may be fatal.  The cause of

14  death is typically internal bleeding or organ failure within three days.  Abrin can be

15  injected, inhaled, or swallowed.  Abrin is classified as a "Select Agent and Toxin" by the

16  United States Department of Health and Human Services because it has "the potential to

17  pose a severe threat to public health and safety."  42 C.F.R. § 73.3.

18      On BMR, MALCOLM was contacted by two separate individuals who desired to

19  purchase abrin, one in New York and one in San Francisco.  MALCOLM agreed to ship

20  abrin to the two individuals in exchange for payment in bitcoin.  Both the New York buyer

21  and the San Francisco buyer separately communicated to MALCOLM that their purpose

22  in obtaining abrin was to provide a lethal dose to a third-party.

23      On December 5, 2013, MALCOLM shipped two packages from Vacaville, California,

24  one to New York and one to San Francisco.  Both shipments contained small glass vials

25  filled with a rudimentary form of abrin concealed within flashlights.  MALCOLM's

26  possession and transfer of abrin was not reasonably justified by a prophylactic, protective,

27  bona fide research, or other peaceful purpose.  MALCOLM's sole purpose in possessing

28  and transferring abrin was commercial gain.

1    On May 4-6, 2014, law enforcement executed search warrants at Malcolm's

2    residence, vehicle, and storage unit as well as searching a hidden cache secreted by

3    Malcolm at a remote location in the Eldorado National Forest.  Law enforcement

4    recovered a beaker, grinder, and mask.  All three items were sent to the FBI laboratory for

5    testing.  All three items returned a positive test for the presence of abrin.

6    **Counts 2 and 3: Unlawful Dealing in Firearms and Possession/Transfer of a**

7    **Machingun**

8    Between February 27, 2014, and May 4, 2014, the defendant, JAMES

9    CHRISTOPHER MALCOLM, in Sacramento County, within the State and Eastern

10   District of California, and elsewhere, engaged in the business of manufacturing and

11   dealing in firearms while not licensed to engage in such business.  At no time has

12   MALCOLM ever applied for, or possessed, a federal firearms license ("FFL") through the

13   Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").  Notwithstanding the fact

14   that MALCOLM was not licensed to manufacture or deal in firearms, MALCOLM sold ten

15   Glock auto sears[1] and four short-barrel AR-15-style machineguns to undercover ATF

16   agents.

17   On March 18, 2014, in the Eldorado National Forest, MALCOLM met with two

18   undercover ATF agents.  MALCOLM led the agents to a remote location within the forest.

19   MALCOLM then showed the agents a fully-automatic Glock pistol and allowed the agents

20   to test fire the pistol.  At the conclusion of this meeting, MALCOLM sold four auto-sears to

21   the agents in exchange for $1,300 in cash.

22   On April 3, 2014, MALCOLM again met with the undercover ATF agents.  During

23   this meeting, MALCOLM sold the agents six auto-sears in exchange for $2,700 in cash.

24

25

---

26   [1] An "auto sear" is a part that is added to a firearm to convert the firearm to fire fully-automatic, that is fire more than one round of ammunition with a single function of the
27   trigger.  A fully-automatic firearm is a "machinegun" under 26 U.S.C. § 5845(b).  By statute, an "auto sear" by itself is a "machinegun."  26 U.S.C. § 5845(b) ("The term
28   [machinegun] shall also include . . . any part designed and intended solely and exclusively . . . for use in converting a weapon into a machinegun.")

On April 16, 2014, MALCOLM again met with the undercover ATF agents.  During this meeting, MALCOLM sold the agents four short-barrel, AR-15-style machineguns, 1.5 pounds of an improvised plastic explosive, three improvised blasting caps, one silencer for a Glock pistol, and 140 rounds of ammunition in exchange for $12,000 in cash.  The AR-15-style machineguns were not commercially-manufactured firearms but rather had been privately manufactured from AR-15 blanks (also known as 80% lower receivers).  The firearms had not been stamped with a manufacturer identification or serial number.

On May 1, 2014, MALCOLM arranged with the undercover agents to meet on May 7, 2014.  At the planned May 7 meeting, MALCOLM was to sell four short-barrel, AR-15-style short-barrel machineguns, ten pounds of improvised plastic explosive, improvised blasting caps, remote detonators, and two silencers for $21,000.  The planned May 7, 2014 meeting did not take place.  MALCOLM was arrested on a federal arrest warrant on May 4, 2014.

I, JAMES CHRISTOPHER MALCOLM, have read the Stipulated Factual Basis for this plea and agree to the facts and stipulations contained therein.

Dated: _____ 

SIGNATURE ON ORIGINAL
_____
JAMES CHRISTOPHER MALCOLM
Defendant