BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00158-TLN |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES'S NOTICE |
| v. | |
| JAMES CHRISTOPHER MALCOLM, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the United States's Request to Seal, IT IS HEREBY ORDERED that the two-page document that includes the United States's sentencing recommendation based on a downward departure under the United States Sentencing Commission's Guidelines submitted by the United States pertaining to defendant James Malcolm, and United States's Request to Seal shall be SEALED until further order of this Court.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. United States District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the United States's request, sealing the United States's two-page document serves a compelling interest. The Court further finds that, in the absence of sealing, the compelling interests identified by the United States would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the United States's two-page document that would adequately protect the compelling interests identified by the United States.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

Dated: March 11, 2016

Troy L. Nunley
United States District Judge